# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **LEE M. DETAR**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES GOVERNMENT, et al.**, <br><br> Defendants. | Civil Action No. 15-cv-1209 (TSC) |

## ORDER

Consistent with the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (ECF No. 6) is hereby GRANTED and Plaintiff's Motion for Temporary Restraining Order (ECF No. 3) is hereby DENIED.  This action is hereby dismissed.

The Clerk of the Court shall mail a copy of this Order and the Memorandum Opinion to:

> LEE M. DETAR
> P.O. Box 332
> Fairmont, WV 26554

Date:  March 31, 2016

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge